CHARLES STUMPF, Appellant, *v.* JOHN HALLAHAN et al., Respondents.

*Stumpf* v. *Hallahan*, 101 App. Div. 383, affirmed.
(Argued April 23, 1906; decided May 8, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1905, modifying, and affirming as modified, a judgment in favor of defendants entered upon a verdict

directed by the court in an action to recover a balance due upon a bond given for a loan secured by a mortgage upon certain real property.

*Robert L. Harrison* and *William Byrd* for appellant.

*R. L. Weaver* and *M. J. Earley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.